USDC KYWD (v 10.VC.1) 245B (12/04) Sheet 2 - Imprisonment

Judgment-Page 3 of 7

**DEFENDANT: NETHERTON, STEPHEN**
**CASE NUMBER: 3:12CR-38-S**

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
14 MAY 12  PM 4:31

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for **a total term of TWENTY-FOUR (24) MONTHS as to Count 1 of the Information.** Imprisonment to be served **concurrently** with the TWENTY-FOUR (24) MONTHS term of imprisonment imposed as to Counts 1 and 2 of the Indictment in 3:10CR-82-02-S, and **consecutively** with the charges being served in 07CR92 in Jefferson County.

[X] **The Court makes the following recommendations to the Bureau of Prisons:**
The Court recommends the defendant serve his term of imprisonment at the federal correctional institute in Manchester, Kentucky.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at          A.m. / p.m. on

   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] Before 2:00 p.m. on

   [ ] as notified by the United States Marshal.

   [ ] As notified by the Probation or Pretrial Services Office.

   [ ] The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __04-02-2014__ To __Federal Prison Camp__

at __Manchester, Ky__, with a certified copy of this judgment.

J. Butler, Warden
~~UNITED STATES MARSHAL~~

05-14-2014 upon receipt from DSCC

By __Kathy Smith__, CSO
Deputy U.S. Marshal

